on the facts found by the court of appeal, the result is correct.

262 So.2d 38

**Ray A. SMITHHART**

v.

**AAA CONTRACTING CO., Inc., et al.**

No. 52469.

May 18, 1972.

 on the facts found by the court of appeal, the result is correct.

262 So.2d 38

**X–L FINANCE COMPANY, Inc.**

v.

**Charles COURNS and Leon Taylor.**

No. 52463.

May 18, 1972.

 We find no error of law in the judgment of the Court of Appeal.

TATE and DIXON, JJ., dissent, believing that United States Fidelity & Guaranty Co. v. Green, 252 La. 227, 210 So.2d 328 (1968) should be reconsidered.

BARHAM, J., not participating.

262 So.2d 39

**Lee Roy MILLER**

v.

**MORTON INTERNATIONAL, INC.**

No. 52462.

May 18, 1972.

 On the facts found by the Court of Appeal, there is no error of law in its judgment.